Robert A. Bailey (#214688)
  rbailey@afrct.com
Steven R. Telles (#246514)
  stelles@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel:  (626) 535-1900 | Fax:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.
("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA DIAZ, an individual; ALEX DELGADO BASTIDAS, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE, LLC; TRIDENT FINANCIAL GROUP, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.:  3:15-CV-01150-JCS<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**TO THE HONORABLE COURT:**

Plaintiffs, YADIRA DIAZ and ALEX DELGADO BASTIDAS ("Plaintiffs"), and defendant, WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), through their counsel of record, submit the following stipulation to extend time to respond to the Complaint pursuant to N.D. Cal. Local Rule 6-1(a). A Court Order is not required at this time since this stipulation will not alter the date of any event or any deadline already fixed by Court Order.

**RECITALS**

1. WHEREAS, on February 6, 2015, Plaintiffs commenced an action entitled as captioned above, in the Superior Court of the State of California, County of San Mateo, Case No. CIV532437;

2. WHEREAS, Wells Fargo was served with the Complaint on February 9, 2015;

3. WHEREAS, Defendant Wells Fargo removed the action to this Court;

4. WHEREAS, the parties agree that Wells Fargo's deadline to respond to the Complaint is extended until April 1, 2015; and

5. WHEREAS, this stipulation waives no rights of any parties.

**STIPULATION**

**IT IS HEREBY STIPULATED,** that the deadline for Wells Fargo to respond to the Complaint is extended 14 days from March 18, 2015 to April 1, 2015.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Steven R. Telles, attest that concurrence in the filing of this document has been obtained from each signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day of March 16, 2015.

Dated: March 16, 2015    ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

Dated: 3/17/15    By: /s/ Steven R. Telles
Steven R. Telles
stelles@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo")

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Dated: March 16, 2015    NICK PACHECO LAW GROUP, APC

By: /s/ Nick Pacheco
Nick Pacheco, Esq.
nickpacheco@nickpachecolaw.com
Attorneys for Plaintiffs
YADIRA DIAZ and ALEX DELGAGO BASTIDAS

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested parties in said case as follows:

*Served Electronically Via The Court's CM/ECF System*:

| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| --- | --- |
| *Yadira Diaz and Alex Delgado Bastidas* | *Cal-Western Reconveyance, LLC* |
|  | [*Courtesy Copy*] |
| Nick Pacheco, Esq. | Melissa N. Armstrong, Esq. |
| NICH PACHECO LAW GROUP, APC | BUTLER & HOSCH, P.A. |
| 15501 San Fernando Mission Blvd., #110 | 525 E. Main Street |
| Mission Hills, CA 91345 | El Cajon, California 92020 |
| Tel: 888.888.8641 | Fax: 800.210.0028 | Tel: 619.569.1114 | Fax: 407.381.5577 |
| Email: nickpacheco@nickpachecolaw.com | Email: Melissa.armstrong@butlerandhosch.com |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **March 16, 2015.**

|     Marianne Mantoen     |     */s/ Marianne Mantoen*     |
| --- | --- |
| (Type or Print Name) | (Signature of Declarant) |